In the Matter of LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. SIMON F. KEANE, Appellant.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.